# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Pulizzano,<br><br>　　　　Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>　　　　Respondents | Case No.: 2:24-cv-02210-JAD-BNW<br><br>**Order Dismissing Improperly<br>Commenced Habeas Proceeding** |

　　　　Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254.[1]  Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee.[2]  Because this matter has not been properly commenced, it is dismissed without prejudice to the petitioner's ability to bring a **new** action under 28 U.S.C. § 2254 with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

　　　　In addition, it appears as if petitioner has yet to fairly present his claims for relief in the state court.  Petitioner is advised that a federal court is not permitted to grant habeas relief "unless it appears that . . . the applicant has exhausted the remedies available in the courts of the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

State."[3]  State remedies have not been exhausted unless and until the petitioner's federal claims have been fairly presented to the state's highest court.[4]

IT IS THEREFORE ORDERED that **THIS ACTION IS DISMISSED** without prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is denied as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **ENTER JUDGMENT** accordingly, **CLOSE THIS CASE**, and **SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

Dated: December 5, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] 28 U.S.C. § 2254(b)(1)(A).

[4] *See Castille v. Peoples*, 489 U.S. 346, 350-51 (1989); *James v. Borg*, 24 F.3d 20, 24 (9th Cir.), *cert. denied*, 513 U.S. 935 (1994).